IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY HALL INSURANCE COMPANY, INC., : <br>    Plaintiff : <br> : <br> v. : <br> : <br> MOUNTAIN VIEW TRANSPORTATION, LLC, et al., : <br>    Defendants : | No. 1:21-cv-01749 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 26th day of July, 2022, upon consideration of Plaintiff County Hall Insurance Company, Inc. ("County Hall")'s motion for default judgment (Doc. No. 9) and the motion to intervene and to strike the entry of default in this case filed by non-parties Jacob E. Godlove, Kayla Kelley, and the Estate of Jacob Godlove Jr. ("Non-Parties") (Doc. No. 10), Non-Parties' brief in support of their motion (Doc. No. 12), and the proposed intervenor complaint (Doc. No. 11), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. County Hall's motion for default judgment (Doc. No. 9) is **DEEMED WITHDRAWN WITHOUT PREJUDICE** to County Hall's ability to refile the motion with the appropriate brief in support under Local Rule of the Middle District of Pennsylvania 7.5; and

2. Non-Parties' motion to intervene and to strike the entry of default (Doc. No. 10) is **DENIED**.

                                                       s/ Yvette Kane
                                                       Yvette Kane, District Judge
                                                       United States District Court
                                                       Middle District of Pennsylvania